UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| DENISE ISIP, | : | 26-cv-4858 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -against- | : | |
| 93 LUDLOW ST. INC. d/b/a the DL, et al., | : | |
| Defendants. | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference via MS Teams tomorrow, September 16, 2026, at 10:00 a.m. The attorneys will receive the link to the conference via email.

Dated: New York, New York
September 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.