UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| DENISE ISIP, | : | 26-cv-4858 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| 93 LUDLOW ST. INC. d/b/a the DL, et al., | : | |
| Defendants. | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today via MS Teams, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The amended complaint [Doc. No. 25] is the operative complaint;

2. Defendant DiPietro's motion to dismiss the complaint [Doc. No. 21] is dismissed;

3. Defendant DiPietro's motion to dismiss the crossclaims of defendant 93 Ludlow St. is dismissed [Doc. No. 23];

4. The last day for defendants to answer or move in response to the amended complaint is October 14, 2026. Plaintiff shall have two weeks from the service of any motion to dismiss to oppose such motion, and defendants shall file any reply no later than one week after being served with plaintiff's opposition papers;

5. The initial pretrial conference scheduled for November 5 is cancelled. There will be a status conference on November 10, 2026, at 11:30 a.m.; and

6. The last day for completion of all discovery is February 16, 2027.

Dated: New York, New York
September 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.